MIDDLESEX COUNTY SEWERAGE AUTHORITY, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BOROUGH OF MIDDLESEX, *ET AL.*, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued April 8, 1963—Decided April 16, 1963.

Before Judges GOLDMANN, FREUND and FOLEY.

*Mr. Karl R. Meyertons* argued the cause for appellants (*Messrs. Rafferty & Blacher,* attorneys for appellant Borough of Middlesex; *Mr. Louis J. Milano,* attorney for appellant Borough of South River; *Mr. Elia Barbati, Jr.,* attorney for appellants Borough of Bound Brook and Borough of South

Bound Brook; *Mr. John J. Rafferty,* of counsel for all appellants).

*Mr. Edward J. Johnson, Jr.,* argued the cause for respondent (*Messrs. Johnson & Johnson,* attorneys; *Mr. Edward J. Johnson,* of counsel).

PER CURIAM. The judgment is affirmed essentially for the reasons stated by Judge Cohen in his opinion reported at 74 *N. J. Super.* 591 (*Law Div.* 1962).